To : CCA
Austin, TX.

2-23-15

605,469-11

RE: 11.07 RESULTS.

Dear Clerk,

How can I find out the reasons that my 11.07's have been denied? When they simply state "Denied" it gives no closer to my writ.

Sincerely,

Patrig Benner 1278531
J161 FM 369 WDL
Iowa Park, TX. 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk